UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CHRISTINA DANIELS,<br><br>Defendant. | CRIMINAL ACTION NO.<br>1:25-CR-00099-JPB-JKL-1 |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY[1]

The Defendant, Christina Daniels, by consent, has appeared before the undersigned United States Magistrate Judge and has entered a plea of guilty to Counts 20 and 27 of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty plea was knowing and voluntary, and that the plea to the offenses charged is supported by an independent basis in fact establishing each of the essential elements of the offenses.

---

[1] Failure to file written objections to this Report and Recommendation within 14 days after service of a copy of this Report and Recommendation shall bar an aggrieved party from attacking such report and recommendation before the assigned United States District Judge. *See* 28 U.S.C. § 636(b)(1)(B).

It is, therefore, **RECOMMENDED** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

**IT IS SO RECOMMENDED** this 26th day of June, 2025.

_____
JOHN K. LARKINS, III
United States Magistrate Judge